# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:07-CR-00074-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| BANETTA WILLIAMS, ) | ORDER |
| ) | |
| Defendant. ) | |

For the reasons stated in the government's Motion to Dismiss Bill of Indictment, the Court hereby grants leave for the dismissal without prejudice of the same.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's office.

IT IS SO ORDERED.    Signed: November 20, 2007

Frank D. Whitney
United States District Judge